# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br><br>Eddie Dean Lewis,<br><br>Debtor. | Case No. 26-40536-mxm13<br><br>Chapter 13 |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY**

CAME ON FOR CONSIDERATION the *Debtor's Motion to Extend Automatic Stay* (the "Motion"), filed by Eddie Dean Lewis (the "Debtor"), pursuant to 11 U.S.C. §362(c)(3)(B). The Court having considered the Motion and the record in this case, and it appearing that the Debtor has filed the petition in good faith:

IT IS HEREBY ORDERED THAT:

1. The Automatic Stay under 11 U.S.C. §362(a) is extended beyond the 30-day period provided in §362(c)(3) and shall remain in effect as to all creditors until further order of the Court.

2. This Order does not prevent any party from seeking relief from the Automatic Stay under applicable provisions of the Bankruptcy Code.

3. The Court retains jurisdiction to enforce and interpret this Order and to grant such other and further relief as may be just and proper.

IT IS SO ORDERED.

# # # END OF ORDER # # #

DATED: February 4, 2026

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

26-40536-mxm13, Order Granting Debtor's Motion to Extend Automatic Stay