Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br><br>Eddie Dean Lewis<br><br>Debtor, | Case No. 26-40536-mxm13<br><br>Chapter 13 |

## **NOTICE OF HEARING**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on the *Debtor's Motion to Extend the Automatic Stay* (Dkt. 7) has been set for **February 26, 2026, at 9:30 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**
**Link: https://us-courts.webex.com/meet/mullin**
**For WebEx Telephonic Only Participation/Attendance:**
**Dial-In: 1.650.479.3207**
**Meeting ID: 2310-650-8783**
**For WebEx hearing instructions, please see:**
https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

| | |
|---|---|
| DATE: February 4, 2026 | Respectfully submitted:<br><br>By: /s/ Clayton L. Everett<br>Clayton L. Everett, State Bar No. 24065212<br>clayton@norredlaw.com<br>Norred Law, PLLC<br>515 E. Border St., Arlington, Texas 76010<br>O: (817) 704-3984; F: (817) 524-6686<br>Counsel for Debtor |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a true and correct copy of the foregoing via first class mail, proper postage affixed or via ECF upon the Chapter 13 Trustee and all those requesting notice pursuant to Local Bankruptcy Rule 2002-1(j).

                                        By: __/s/ Clayton L. Everett____