# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br>EDDIE DEAN LEWIS | CASE NO: 26-40536-mxm13<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 7 |

On 2/5/2026, I did cause a copy of the following documents, described below,

Debtor's Motion to Extend Automatic Stay & Proposed Order ECF Docket Reference No. 7

Notice of Hearing 8

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/5/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br>EDDIE DEAN LEWIS | CASE NO: 26-40536-mxm13<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 7 |

On 2/5/2026, a copy of the following documents, described below,

Debtor's Motion to Extend Automatic Stay & Proposed Order ECF Docket Reference No. 7

Notice of Hearing 8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/5/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| FIRST CLASS | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| FRANK W NEAL ASSOCIATES INC<br>1015 W BROADWAY AVE<br>FORT WORTH TX 76104 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-40536-MXM13<br>NORTHERN DISTRICT OF TEXAS<br>THU FEB 5 10-5-8 PST 2026 | ~~501 W TENTH STREET~~<br>~~FORT WORTH TX 76102-3637~~ |
| AD ASTRA RECOVERY<br>7330 WEST 33RD STREET NORTH SUITE 118<br>WICHITA KS 67205-9370 | ALLIANCEONE RECEIVABLES<br>PO BOX 3102<br>SOUTHEASTERN PA 19398-3102 | ALMA FAYE LEWIS<br>6537 SPRING RIVER LANE<br>NORTH RICHLAND HILLS TX 76180-8057 |
| ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 | BELLAMY SCHULTZ PLLC<br>PO BOX 26128<br>AUSTIN TX 78755-0128 | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 THROCKMORTON ST STE 1000<br>FORT WORTH TX 76102-3727 |
| BRACKETT ELLIS<br>100 MAIN ST<br>FORT WORTH TX 76102-3008 | BRIDGECREST<br>PO BOX 2918<br>PHOENIX AZ 85062-2918 | BROWNCAMPBELL CO<br>2825 W KINGSLEY RD<br>GARLAND TX 75041-2409 |
| CITY OF FORT WORTH<br>200 TEXAS STREET<br>FORT WORTH TX 76102-6314 | CITY OF FORT WORTH WATER DEPARTMENT<br>PO BOX 870<br>FORT WORTH TX 76101-0870 | CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| CREDIT ONE BANK NA<br>6801 S CIMARRON ROAD<br>LAS VEGAS NV 89113-2273 | DH GRIFFIN OF TEXAS INC<br>8690 LAMBRIGHT ROAD<br>HOUSTON TX 77075-3121 | DELL TECHNOLOGIES<br>PO BOX 650971<br>DALLAS TX 75265-0971 |
| ENVISION PHYSICIAN SRVC<br>PO BOX 99082<br>LAS VEGAS NV 89193-9082 | FH CANN ASSOCIATES INC<br>PO BOX 7<br>NORTH ANDOVER MA 01845-0007 | FNA VI LLC<br>7200 N MOPAC EXPY SUITE 120<br>AUSTIN TX 78731-3058 |
| FASTENAL<br>2001 THEURER BOULEVARD<br>WINONA MN 55987-9902 | FRANK W NEAL ASSOCIATES INC<br>1015 W BROADWAY AVE<br>FORT WORTH TX 76104-1182 | HUMANA MEDICARE<br>PO BOX 14268<br>LEXINGTON KY 40512-4268 |
| HUNTERKELSEY OF TEXAS LLC<br>7200 N MOPAC EXPY SUITE 120<br>AUSTIN TX 78731-3058 | IRS<br>SPECIAL PROCEDURESINSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PHILADELPHIA PA 19101<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LGBSDALLAS
2777 N STEMMONS FWY SUITE 1000
DALLAS TX 75207-2328

LEWIS FAB LLC
101 CROMWELL
FORT WORTH TX 76104-1911

LINEBARGER GOGGAN BLAIR SAMPSON LLP
100 THROCKMORTON SUITE 300
FORT WORTH TX 76102-2833

MEDICAL CITY ARLINGTON
PO BOX 740782
CINCINNATI OH 45274-0782

MEDICAL CITY NORTH HILLS
PO BOX 292105
NASHVILLE TN 37229-2105

MEDICREDIT
PO BOX 505600
SAINT LOUIS MO 63150-5600

NPAS SOLUTIONS
PO BOX 7411717
CHICAGO IL 60674-1717

NTTA
PO BOX 660244
DALLAS TX 75266-0244

PATRICK DANIEL SHERDIAN
420 THROCKMORTON STREET SUITE 1000
FORT WORTH TX 76102-3727

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON TX 76010-7457

PROGRESSIVE
CO CAINE WEINER
PO BOX 55848
SHERMAN OAKS CA 91413-0848

QUESTCARE MEDICAL SERVICES
PO BOX 99082
LAS VEGAS NV 89193-9082

RICK BARNES TARRANT COUNTY TAX ASSESSOR
100 E WEATHERFORD
FORT WORTH TX 76196-0206

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH TX 76196-0206

ROBERT E LAPIN
LAPIN LANDA LLP
500 JEFFERSON STREET SUITE 2000
HOUSTON TX 77002-7337

SCIL INC
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006-1955

SOUTHWEST CREDIT
4120 INTERNATIONAL PKWY 1100
CARROLLTON TX 75007-1958

SOUTHWEST CREDIT
4120 INTERNATIONAL PKWY STE 1100
CARROLLTON TX 75007-1958

STARVOS KELLY PLLC
3624 NORTH HILLS DRIVE SUITE B100
AUSTIN TX 78731-3242

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD STE 400
DALLAS TX 75201-6598

TAYLORS RENTAL
220 UNIVERSITY DR
FORT WORTH TX 76107-1923

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

```
TRANSWORLD SYSTEM INC              US ATTORNEYNORTH                  US TRUSTEE
ATTN BANKRUPTCY                    3RD FLOOR  1100 COMMERCE ST       1100 COMMERCE ST  RM 976
PO BOX 15630                       DALLAS  TX 75242                  DALLAS  TX 75242-0996
WILMINGTON  DE 19850-5630



USMDARLINGTON                      UNITED STATES TRUSTEE             CLAYTON EVERETT
PO BOX 732156                      1100 COMMERCE STREET              515 E BORDER ST
DALLAS  TX 75373-2156              ROOM 976                          STE 163
                                   DALLAS  TX 75242-0996             76010
                                                                     ARLINGTON  TX 76010-7402



DEBTOR

EDDIE DEAN LEWIS                   PAM BASSEL
6537 SPRING RIVER LANE             OFFICE OF THE STANDING CH13 TRUSTEE
FORT WORTH  TX 76180-8057          860 AIRPORT FREEWAY
                                   SUITE 150
                                   HURST  TX 76054-3256
```