IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: Eddie Dean Lewis, § §
§ CASE NO. 26-40536-mxm13
Debtor(s) § CHAPTER 13
§

**DEBTOR'S(S') CERTIFICATE THAT ALL TAX RETURNS HAVE BEEN FILED**

Pursuant to the Standing Order Concerning All Chapter 13 Cases and 11 U.S.C. § 1325(a)(9), the Debtor(s) certifies/certify as follows:

**I/WE HAVE FILED** all federal income tax returns with the Internal Revenue Service (IRS) for the following 4-year period ending immediately prior to my bankruptcy petition date, those being the returns for tax years: 20_22_, 2023__, 20__, and 20__.

In addition, **I/WE HAVE FILED** any other Federal, State and local tax returns required under applicable bankruptcy law and as required by 11 U.S.C. § 1308 for all taxable periods ending during the 4-year period ending immediately prior to my bankruptcy petition date, those being described as follows (identify the type of tax and period):

_____
_____.

**I/WE ACKNOWLEDGE** that the failure to file any tax return required by 11 U.S.C. § 1308 may result in dismissal or conversion of my/our bankruptcy case under 11 U.S.C. § 1307(e).

**I/WE DECLARE** under penalty of perjury that the foregoing information is true and correct.

DATED: _2/5/2026_                    _[signature] Eddie Dean Lewis_
                                      DEBTOR

                                      _____
                                      JOINT DEBTOR