Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

In re:
Eddie Dean Lewis,

Debtor.

Case No. 26-40536-mxm13
Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 13 Bankruptcy Case* (Dkt.6) was served on February 5, 2026, via First-Class Mail to Frank W. Neal & Associates, Inc. at the following address:

Frank W. Neal & Associates, Inc.
1015 W. Broadway Ave.
Fort Worth, TX 76104

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor