

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 26, 2026

United States Bankruptcy Judge

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>Eddie Dean Lewis,<br><br>Debtor. | Case No. 26-40536-mxm13<br><br>Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

CAME ON FOR CONSIDERATION the *Debtor's Motion to Extend Automatic Stay* (the "Motion"), filed by Eddie Dean Lewis (the "Debtor"), pursuant to 11 U.S.C. §362(c)(3)(B). The Court having considered the Motion and the record in this case, and it appearing that the Debtor has filed the petition in good faith:

IT IS HEREBY ORDERED THAT:

1. The Automatic Stay under 11 U.S.C. §362(a) is extended beyond the 30-day period provided in §362(c)(3) and shall remain in effect as to all creditors until further order of the Court.

2. This Order does not prevent any party from seeking relief from the Automatic Stay under applicable provisions of the Bankruptcy Code.

3. The Court retains jurisdiction to enforce and interpret this Order and to grant such other and further relief as may be just and proper.

IT IS SO ORDERED.

# # # END OF ORDER # # #

DATED: February 26, 2026

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-40536-mxm |
| Eddie Dean Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: lewisfab@sbcglobal.net | Feb 26 2026 21:34:00 | Eddie Dean Lewis, 6537 Spring River Lane, Fort Worth, TX 76180-8057 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Eddie Dean Lewis clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Stephen Andrew Cumbie | on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

District/off: 0539-4 User: admin Page 2 of 2
Date Rcvd: Feb 26, 2026 Form ID: pdf012 Total Noticed: 1
TOTAL: 4