**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                                                                                 CASE NO.: 26-40536-MXM-13

**EDDIE DEAN LEWIS**
    6537 SPRING RIVER LN
    FORT WORTH, TX 76180
    SSN/TIN: XXX-XX-5351

**DEBTOR**                                                                                                              **MEETING: MARCH 24, 2026**

**NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE**

The Standing Chapter 13 Trustee conducts the §341 meeting of creditors using Zoom.  Make certain that you and your client can access Zoom with the device each of you will be using to attend the §341 meeting of creditors.  If necessary, download the Zoom app at  www.zoom.us or the App store.  Pro-se debtors are required to ensure they can access Zoom.

The first meeting of creditors will be set on the date above.  The time for the meeting will be on our website.  Go to www.13network.com, go to Texas in the far right column, and click Pam Bassel (Fort Worth).  Once you are on our website, at the top of the right hand column, you will see "DEBTOR LAST NAME SORT" and "DEBTOR ATTORNEY FIRM NAME SORT".  Clicking either one takes you to a schedule of §341 meeting times.

All participants should log into Zoom a few minutes prior to the meeting.  To sign in, go to our website (see above) and, in the right hand column, find the heading "ZOOM LINK FOR ALL MEETINGS" which you can click to join the meeting.  Or, you can paste this link in your browser:

https://us02web.zoom.us/j/2357331135?pwd=T3Y1RzVVMFdZZ1pGZzNiVkItUjFvUT09&omn=81684243200

You may have to wait a few minutes for your §341 meeting of creditors to begin if the prior meeting is not concluded.  Please be on time to avoid delaying meetings set after yours.  If either the Debtor or the Debtor's attorney do not join the meeting on time, it will be re-set and a Motion to Dismiss the case may be filed.  If a creditor or other party does not join the meeting on time, the meeting will begin without them.

BEFORE THE MEETING

At least two days before the meeting, acceptable documents to verify each Debtor's identity and social security number must be uploaded To www.bkdocs.us .  If our office does not receive these documents, we will not hold the meeting, and a Motion to Dismiss the case will be filed.

Additionally, DEBTOR'S COUNSEL IS RESPONSIBLE FOR ENSURING THAT THE DEBTOR HAS THE TECHNOLOGICAL CAPABILITY TO BE SEEN AND HEARD DURING THE MEETING, THAT THE DEBTOR HAS DOWNLOADED THE ZOOM APP IF NEEDED, AND THAT THE DEBTOR HAS  SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING.  THE DEBTOR MAY NEED TO BE PRESENT IN YOUR OFFICE IF NECESSARY.  PRO-SE DEBTORS HAVE THESE SAME RESPONSIBILITIES.

    **DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH SATISFIES ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com and using the Bassel Trustee Identifier Number TEN13033. (Do not use Truman office Trustee Identifier Number TEN13001.)**

                                                        Respectfully submitted,

                                        By:    /s/ Ethan S. Cartwright
                                                 Ethan S. Cartwright, Staff Attorney
                                                 Bar No. 24068273
                                                 PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                 Bar No. 01344800
                                                 860 Airport Freeway, Ste 150
                                                 Hurst, TX 76054
                                                 (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before March 04, 2026. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                        By:    <u>/s/ Ethan S. Cartwright</u>
                                Ethan S. Cartwright

CREDITORS:

Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-0000
ALLIANCE ONE, PO BOX 3102, SOUTHEASTERN, PA 19398
ALMA FAYE LEWIS, 6537 SPRING RIVER LN, NORTH RICHLAND HILLS, TX 76180-0000
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
Bellamy AND Schultz PLLC, PO Box 26128, Austin, TX 78755
BONDS ELLIS EPPICH SCHAFER JONES LLP, 420 THROCKMORTON ST STE 1000, FORT WORTH, TX 76102
Brackett AND Ellis, 100 Main St, Fort Worth, TX 76102
Bridgecrest, PO Box 2918, Phoenix, AZ 85062
Bridgecrest Credit Company LLC as Agent, AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118
Brown Campbell Co, 2825 W Kingsley Rd, Garland, TX 75041
Carvana LLC Bridgecrest, c o AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118
Carvana LLC Bridgecrest c o AIS Portfolio, PO Box 4138, Houston, TX 77210
City of Fort Worth, Stephen A. Cumbie, 100 Fort Worth Trail, Fort Worth, TX 76102-0000
City of Fort Worth, 200 Texas Street, Fort Worth, TX 76102
City of Fort Worth Water Department, PO Box 870, Fort Worth, TX 76101
Clayton Everett, 515 E Border St, Ste 163, 76010, Arlington, TX 76010
Credit Collection Services, 725 Canton St, Norwood, MA 02062
Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113
Dell Technologies, PO Box 650971, Dallas, TX 75265
DEPT OF JUSTICE - TAX DIVISION, 717 N HARWOOD STE 400, DALLAS, TX 75201-0000
DH Griffin of Texas Inc, 8690 Lambright Road, Houston, TX 77075
ENVISION PHYSICIAN SERVICES, PO BOX 99082, LAS VEGAS, NV 89193
Fastenal Company, Attn Legal, 2001 Theurer Blvd, Winona, MN 55987
FH Cann AND Associates Inc, PO Box 7, North Andover, MA 01845
FNA VI LLC, 7200 N Mopac Expy Suite 120, Austin, TX 78731
Frank W Neal AND Associates Inc, 1015 W Broadwat Ave #A, Fort Worth, TX 76104
Humana Medicare, PO Box 14268, Lexington, KY 40512
Hunter Kelsey of Texas LLC, 7200 N Mopac Expy, Suite 120, Austin, TX 78731
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
Lewis Fab LLC, 101 Cromwell, Fort Worth, TX 76104
LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102
LGBS Dallas, 2777 N Stemmons Fwy Suite 1000, ***BAD ADDRESS***, Dallas, TX 75207***
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
Medical City Arlington, PO Box 740782, Cincinnati, OH 45274
Medical City North Hills, PO Box 292105, Nashville, TN 37229
Medicredit, PO Box 505600, Saint Louis, MO 63150
Npas Solutions, Po Box 7411717, Chicago, IL 60674
NTTA, PO Box 660244, Dallas, TX 75266
Patrick Daniel Sherdian, 420 Throckmorton Street Suite 1000, Fort Worth, TX 76102
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
Progressive, c o Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413
Questcare Medical Services, PO Box 99082, Las Vegas, NV 89193
RESURGENT CAPITAL SERVICES, PO BOX 1927, GREENVILLE, SC 29602-0000
RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 7521
RICK D BARNES TARRANT COUNTY TAX OFFICE, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196
Robert E Lapin, Lapin AND Landa LLP, 500 Jefferson Street, Suite 2000, Houston, TX 77002
SCIL Inc, 2312 E Trinity Mills Rd Ste 100, Carrollton, TX 75006
SCIL TEXAS LLC, PO BOX 931789, ATLANTA, GA 31193
Southwest Credit, 4120 International Pkwy Ste 1100, Carrollton, TX 75007
Starvos AND Kelly PLLC, 3624 North Hills Drive, Suite B 100, Austin, TX 78731
TAYLORS RENTAL EQUIPMENT CO, ATTN PAYROLL DEPT, 220 UNIVERSITY DR, FORT WORTH, TX 76107-0000
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

CREITORS:     (cont'd.)

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

TRANSWORLD SYSTEMS,  PO BOX 15630 DEPT 23,  ***BAD ADDRESS***,  WILMINGTON, DE  19850***

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

USMD HOSPITAL AT ARLINGTON,  PO BOX 732156,  DALLAS, TX  75373

***Address on record invalid for recipient -- no document mailed to this party.