Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**HUNTER-KELSEY OF TEXAS, LLC AS**
**AGENT AND ATTORNEY IN FACT FOR FNA VI, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| | § | |
| **Debtor** | § | |

## NOTICE OF APPEARANCE

Hunter-Kelsey of Texas, LLC as agent and attorney in fact for FNA VI, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon its attorney:

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above

case.

Submitted on March 24, 2026.

/s/   *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
HUNTER-KELSEY OF TEXAS, LLC AS
AGENT AND ATTORNEY IN FACT
FOR FNA VI, LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on March 24, 2026.

/s/  *Howard Marc Spector*
Howard Marc Spector

Eddie Dean Lewis
6537 Spring River Lane
Fort Worth, TX 76180

Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

Office of The Standing Ch.13 Trustee
860 Airport Freeway, Suite 150
Hurst, TX 76054