**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                                    **CASE NO.: 26-40536-MXM-13**

**EDDIE DEAN LEWIS**

6537 SPRING RIVER LN
FORT WORTH, TX 76180
SSN/TIN: XXX-XX-5351

**DEBTOR**

**REPORT OF SECTION 341 MEETING**

**Meeting Information:**          Meeting Date:  March 24, 2026
                                 Original Date:   March 24, 2026

**341 Meeting:**   **CONCLUDED**

By:        /s/  Sarah Stasio
           Sarah Stasio
           Presiding Officer

REPORT OF SECTION 341 MEETING