PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                          CASE NO.: 26-40536-MXM-13

**EDDIE DEAN LEWIS**
**6537 SPRING RIVER LN**
**FORT WORTH, TX 76180**
**SSN/TIN: XXX-XX-5351**
**AKA: DEAN LEWIS**

**DEBTOR**                                              HEARING: MAY 21, 2026 AT  8:30 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to Confirmation.  Trustee would respectfully show the Court:

Debtor's Attorney's Fees are not supported by the Standing Order Concerning All Chapter 13 Cases.

The Plan does not meet the requirements of the Bankruptcy Code and should not be confirmed for the following reasons: PAYMENTS ROUNDED UP FROM PLAN AMOUNT; 3 ENTRIES FOR CITY OF FORT WORTH IN SECTION E1B FOR SAME ADDRESS; PRIORITY IRS DEBT IN SCHEDULES, NOT ON PLAN; TAX AUTH IN SECTION H  (CLAIM WILL BE SECURED)

WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

EDDIE DEAN LEWIS
6537 SPRING RIVER LN
FORT WORTH, TX 76180