Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR
HUNTER-KELSEY OF TEXAS, LLC AS AGENT
AND ATTORNEY IN FACT FOR FNA VI, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| **Debtor** | § | |
| | § | |

## OBJECTION OF FNA VI, LLC
## TO DEBTOR'S CHAPTER 13 PLAN, AND
## WITNESS AND EXHIBIT LIST

Hunter-Kelsey of Texas, LLC as agent and attorney in fact for FNA VI, LLC (the "Lender"), hereby files this Objection (the "Objection") to the most recent Chapter 13 Plan (the "Plan") filed by the above-captioned debtor (the "Debtor") in the above-referenced case, and states:

1.      The Lender is the holder of a claim against the Debtor which is secured by a tax lien collateralizing real property which does not constitute the Debtor's principal residence.  The Plan proposed by the Debtor should not be confirmed because:

   a.      The Plan fails to provide for Lender to receive fixed and equal payments (see 11 U.S.C. § 1325(a)(5)(B)(iii)(I)).  11 U.S.C. § 1325(a)(5)(B)(iii)(I) sets up a specific treatment for allowed secured claims provided for under a plan; they must receive payments in "equal monthly amounts."

   b.      The Plan fails to comply with 11 U.S.C. § 511 by proposing to pay Lender interest at less than the rate required by 11 U.S.C. § 511.  Lender holds a tax claim as such

-1-

term is used in 11 U.S.C. § 511. *In re Kizzee-Jordan* 626 F. 3d 239 (5th Cir. 2010), and thus must receive its contract rate of interest – 17.99%.

2.   Accordingly, confirmation of the Plan should be denied.

3.   Lender hereby identifies the following witnesses:

   1.   Eddie Dean Lewis
   2.   Gary Tyson
   3.   Any witness designated by any other party.
   4.   Any witness necessary for rebuttal.

4.   Lender hereby identifies the following exhibits:

   1.   FNA VI, LLC's Proof of Claim, including attachments and exhibits.
   2.   Any plan filed in this case.
   3.   Any schedules and statements of financial affairs filed in this case.
   4.   Any exhibit designated by any other party.
   5.   Any exhibit necessary for rebuttal.

WHEREFORE, PREMISES CONSIDERED, FNA VI, LLC respectfully prays that the Court deny confirmation of the Plan, and grant all other relief as just.

Submitted on April 14, 2026.

 /s/   *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
HUNTER-KELSEY OF TEXAS, LLC AS
AGENT AND ATTORNEY IN FACT
FOR FNA VI, LLC

-2-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on April 14, 2026.

　　　　　　　　　　　　　　　　　/s/ *Howard Marc Spector*
　　　　　　　　　　　　　　　　Howard Marc Spector

Eddie Dean Lewis
6537 Spring River Lane
Fort Worth, TX 76180

Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

Office of The Standing Ch.13 Trustee
860 Airport Freeway, Suite 150
Hurst, TX 76054