Certificate Number: 17572-TXN-DE-040986158

Bankruptcy Case Number: 26-40536



17572-TXN-DE-040986158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2026, at 3:14 o'clock PM PDT, Eddie Dean Lewis completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   May 17, 2026                          By:     /s/Benjamin E Wunsch

                                               Name:   Benjamin E Wunsch

                                               Title:   Counselor