**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                     CASE NO: 26-40536-MXM-13

**EDDIE DEAN LEWIS**
        6537 SPRING RIVER LN
        FORT WORTH, TX 76180
        SSN/TIN: XXX-XX-5351

**DEBTOR**                                                    **HEARING: JUNE 18, 2026  AT 8:30 AM**

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was served on the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.


        By:  /s/ Ethan S. Cartwright
           Ethan S. Cartwright

CREDITORS:

Ad Astra Recovery,  7330 West 33rd Street North,  Suite 118,  Wichita, KS  67205-0000

ALLIANCE ONE,  PO BOX 3102,  SOUTHEASTERN, PA  19398

ALMA FAYE LEWIS,  6537 SPRING RIVER LN,  NORTH RICHLAND HILLS, TX  76180-0000

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Bellamy AND Schultz PLLC,  PO Box 26128,  Austin, TX  78755

BONDS ELLIS EPPICH SCHAFER JONES LLP,  420 THROCKMORTON ST STE 1000,  FORT WORTH, TX  76102

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

Bridgecrest,  PO Box 2918,  Phoenix, AZ  85062

Bridgecrest Credit Company LLC as Agent,  AIS Portfolio Services LLC,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

Brown Campbell Co,  2825 W Kingsley Rd,  Garland, TX  75041

Carvana LLC Bridgecrest,  c o AIS Portfolio Services LLC,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

Carvana LLC Bridgecrest c o AIS Portfolio,  PO Box 4138,  Houston, TX  77210

City of Fort Worth,  Stephen A. Cumbie,  100 Fort Worth Trail,  Fort Worth, TX  76102-0000

City of Fort Worth,  200 Texas Street,  Fort Worth, TX  76102

City of Fort Worth Water Department,  PO Box 870,  Fort Worth, TX  76101

Clayton Everett,  515 E Border St,  Ste 163,  76010,  Arlington, TX  76010

Credit Collection Services,  725 Canton St,  Norwood, MA  02062

Credit One Bank,  6801 S Cimarron Road,  Las Vegas, NV  89113

Dell Technologies,  PO Box 650971,  Dallas, TX  75265

DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  ***BAD ADDRESS***,  DALLAS, TX  75201-0000***

DH Griffin of Texas Inc,  8690 Lambright Road,  Houston, TX  77075

ENVISION PHYSICIAN SERVICES,  PO BOX 99082,  LAS VEGAS, NV  89193

Fastenal Company,  Attn Legal,  2001 Theurer Blvd,  Winona, MN  55987

FH Cann AND Associates Inc,  PO Box 7,  North Andover, MA  01845

FNA VI LLC,  7200 N Mopac Expy Suite 120,  Austin, TX  78731

Frank W Neal AND Associates Inc,  1015 W Broadwat Ave #A,  Fort Worth, TX  76104

Humana Medicare,  PO Box 14268,  Lexington, KY  40512

Hunter Kelsey of Texas LLC,  7200 N Mopac Expy,  Suite 120,  Austin, TX  78731

HUNTER-KELSEY OF TEXAS LLC,  12672 SILICON DR, STE 150,  SAN ANTONIO, TX  78249-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101

Lewis Fab LLC,  101 Cromwell,  Fort Worth, TX  76104

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LGBS Dallas,  2777 N Stemmons Fwy Suite 1000,  ***BAD ADDRESS***,  Dallas, TX  75207***

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

Medical City Arlington,  PO Box 740782,  Cincinnati, OH  45274

Medical City North Hills,  PO Box 292105,  Nashville, TN  37229

Medicredit,  PO Box 505600,  Saint Louis, MO  63150

Npas Solutions,  Po Box 7411717,  Chicago, IL  60674

NTTA,  5900 W PLANO PKWY,  ATTN: BANKRUPTCY/TERRI BROWN,  PLANO, TX  75093-0000

NTTA,  PO Box 660244,  Dallas, TX  75266

Patrick Daniel Sherdian,  420 Throckmorton Street Suite 1000,  Fort Worth, TX  76102

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

PRA RECEIVABLES MGMT, LLC,  PO BOX 12914,  NORFOLK, VA  23541-0000

PRA RECEIVABLES MGMT. LLC,  PO BOX 41067,  NORFOLK, VA  23541-0000

Progressive,  c o Caine Weiner,  PO Box 55848,  Sherman Oaks, CA  91413

QUANTUM3 GROUP LLC,  PO BOX 2489,  KIRKLAND, WA  98083

QUANTUM3 GROUP LLC,  PO BOX 788,  KIRKLAND, WA  98083

Questcare Medical Services,  PO Box 99082,  Las Vegas, NV  89193

CREDITORS:    (cont'd.)

RESURGENT CAPITAL SERVICES,  PO BOX 1927,  GREENVILLE, SC  29602-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

Robert E Lapin,  Lapin AND Landa LLP,  500 Jefferson Street,  Suite 2000,  Houston, TX  77002

SCIL Inc,  2312 E Trinity Mills Rd Ste 100,  Carrollton, TX  75006

SCIL TEXAS LLC,  PO BOX 931789,  ATLANTA, GA  31193

Southwest Credit,  4120 International Pkwy Ste 1100,  Carrollton, TX  75007

SPECTOR & COX PLLC,  12770 COIT RD STE 850,  DALLAS, TX  75251-0000

Starvos AND Kelly PLLC,  3624 North Hills Drive,  Suite B 100,  Austin, TX  78731

TAYLORS RENTAL EQUIPMENT CO,  ATTN PAYROLL DEPT,  220 UNIVERSITY DR,  FORT WORTH, TX  76107-0000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS MEDICINE RESOURCES LLP,  PO BOX 1123,  MINNEAPOLIS, MN  55440-0000

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

TRANSWORLD SYSTEMS,  PO BOX 15630 DEPT 23,  ***BAD ADDRESS***,  WILMINGTON, DE  19850***

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

USMD HOSPITAL AT ARLINGTON,  PO BOX 732156,  DALLAS, TX  75373

***Address on record invalid for recipient -- no document mailed to this party.