B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Texas

**In re**   Lewis, Eddie Dean

Case No. ___**26-40536-13**___

**Debtor**

Chapter ____**13**____

**AMENDED**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................... ___**$5,000.00**___

Prior to the filing of this statement I have received ...................................................................... ___**$5,000.00**___

Balance Due ..................................................................................................................................... ___**$0.00**___

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

Representation of the debtor in an adversary proceeding or any post-petition matter that exceeds the activities specifically listed in the General Order concerning Chapter 13 Cases is not included. Nothing in the disclosure shall preclude the attorney from requesting additional fees under the fee application process as set out by sections 327 and 330 of the Bankruptcy Code.

The attorney-client service and fee agreement is incorporated here by reference. To the extend this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/02/2026
_____
Date

Clayton L. Everett
Signature of Attorney

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

**Norred Law, PLLC**
_____
Name of law firm