Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

|  |  |
|---|---|
| In re:<br>Eddie Dean Lewis,<br><br>Debtor. | Case No. 26-40536-mxm13<br><br>Chapter 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S
## NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

Eddie Dean Lewis ("Debtor") timely files this response in opposition to Trustee's *Notice of Intent to Certify Case for Dismissal* ("Notice") [Dkt. No. 41].

1.      The Notice states that the amount required to cure the delinquency is $10,098.92. The Debtor has initiated two TFS payments in the amount of $5,049.46 each, which together equal the stated cure amount. Accordingly, the Debtor has taken timely, good-faith action to cure the delinquency before the certification deadline.

2.      The delinquency resulted from a temporary cash-flow disruption related to administrative delays in updating payment-processing workflows for the Debtor's business.

3.      The Debtor intends to remain current going forward and respectfully requests that the Trustee refrain from certifying the case for dismissal while the cure payments are completed and posted.

WHEREFORE, Debtor respectfully requests that the Trustee's Notice not be certified for dismissal and that Debtor be granted such other and further relief to which he may be justly entitled.

DATED: Monday, June 22, 2026.          Respectfully submitted:


By:___/s/ Clayton L. Everett_____
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for the Debtor


### CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett

26-40536-mxm13, Response Opposed to Notice of Intent