PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                    CASE NO.:  26-40536-MXM-13

**EDDIE DEAN LEWIS**
    AKA: DEAN LEWIS
    6537 SPRING RIVER LN
    FORT WORTH, TX 76180
    SSN/TIN: XXX-XX-5351

**DEBTOR**                                                                    **HEARING: AUGUST 20, 2026 at 8:30 AM**

### NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
     Ethan S. Cartwright, Staff Attorney
     Bar No. 24068273
     PAM BASSEL STANDING CHAPTER 13 TRUSTEE
     Bar No. 01344800
     860 Airport Freeway, Ste 150
     Hurst, TX 76054
     (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
     Ethan S. Cartwright

EDDIE DEAN LEWIS
6537 SPRING RIVER LN
FORT WORTH, TX 76180