EXHIBIT A

SPECTOR & COX, PLLC
ATTORNEYS AT LAW

# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251

Invoice #: 5892
Date: 04-06-2026
Due On: 04-06-2026

Hunter-Kelsey of Texas, LLC
7200 N. MoPac
Suite 120
Austin, TX 78731

Matter Number:HK/Eddie Lewis (H130616)
Matter Name:HK/Eddie Lewis (FNA VI)

Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03-24-26 | AH | review client file (.2) and prepare NOA (.1) | 0.30 | 145.00 | $43.50 |
| 03-24-26 | HMS | Review client email (.1), review docket (.1), review schedules (.2) and review plan (.2) | 0.60 | 460.00 | $276.00 |

Services Subtotal: $319.50

Expenses

| | | | | | |
|---|---|---|---|---|---|
| 03-24-26 | AG | Copies | 1.00 | 3.50 | $3.50 |
| 03-24-26 | AG | Postage (1 ounce) | 3.00 | 0.78 | $2.34 |
| 03-24-26 | AH | PACER Charges | 1.00 | 4.80 | $4.80 |

Expenses Subtotal: $10.64

| | |
|---|---|
| Subtotal | $330.14 |
| Tax | $0.00 |
| Total | $330.14 |
| Payment | $0.00 |
| Balance Owing | $330.14 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $20.19 | + | $330.14 | - | $20.19 | = | **$330.14** |

Trust Account Balance $0.00

Please make all amounts payable to: Spector & Cox, PLLC
EIN: 26-4758440

Payments can be via credit card, debit card or ACH on our website www.spectorcox.com.

SPECTOR & COX, PLLC
ATTORNEYS AT LAW

# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251

| | |
|---|---|
| Invoice #: | 5952 |
| Date: | 05-04-2026 |
| Due On: | 05-04-2026 |

Hunter-Kelsey of Texas, LLC
7200 N. MoPac
Suite 120
Austin, TX 78731

Matter Number:HK/Eddie Lewis (H130616)
Matter Name:HK/Eddie Lewis (FNA VI)

Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04-06-26 | AG | Review client information re: POC (.1); and draft Proof of Claim (.30) | 0.40 | 145.00 | $58.00 |
| 04-07-26 | HMS | Review loan and lien documents (.3); review debtor's schedules to determine competing liens and claims to collateral and debtor's valuation (.2); verify payout of current taxes with tax assessor/collector website (.2); and review and finalize Proof of Claim (.4) | 1.10 | 460.00 | $506.00 |
| 04-14-26 | AH | draft plan objection | 0.20 | 145.00 | $29.00 |
| 04-14-26 | HMS | Review and revise plan objection | 0.20 | 460.00 | $92.00 |

Services Subtotal: $685.00

Expenses

| | | | | | |
|---|---|---|---|---|---|
| 04-14-26 | | Copies | 1.00 | 3.50 | $3.50 |
| 04-14-26 | | Postage | 1.00 | 2.34 | $2.34 |

Expenses Subtotal: $5.84

| | |
|---|---|
| Subtotal | $690.84 |
| Tax | $0.00 |
| Total | $690.84 |
| Payment | $0.00 |
| Balance Owing | $690.84 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $330.14 | + | $690.84 | - | $330.14 | = | **$690.84** |

Trust Account Balance $0.00

Please make all amounts payable to: Spector & Cox, PLLC
EIN: 26-4758440

Payments can be via credit card, debit card or ACH on our website www.spectorcox.com.

SPECTOR & COX, PLLC
ATTORNEYS AT LAW

# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251

| | |
|---|---|
| Invoice #: | 6056 |
| Date: | 06-05-2026 |
| Due On: | 06-05-2026 |

Hunter-Kelsey of Texas, LLC
7200 N. MoPac
Suite 120
Austin, TX 78731

Matter Number:HK/Eddie Lewis (H130616)
Matter Name:HK/Eddie Lewis (FNA VI)

Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05-20-26 | HMS | Review plan (.1); review objection (.1) | 0.20 | 460.00 | $92.00 |
| 05-20-26 | AH | draft plan objection | 0.20 | 145.00 | $29.00 |

Services Subtotal: $121.00

Expenses

| | | | | |
|---|---|---|---|---|
| 05-20-26 | Copies | 1.00 | 3.50 | $3.50 |
| 05-20-26 | Postage | 1.00 | 2.34 | $2.34 |

Expenses Subtotal: $5.84

| | |
|---|---|
| Subtotal | $126.84 |
| Tax | $0.00 |
| Total | $126.84 |
| Payment | $0.00 |
| Balance Owing | $126.84 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $690.84 | + | $126.84 | - | $690.84 | = | **$126.84** |

Trust Account Balance $0.00

Please make all amounts payable to: Spector & Cox, PLLC
EIN: 26-4758440

Payments can be via credit card, debit card or ACH on our website www.spectorcox.com.

SPECTOR & COX, PLLC
ATTORNEYS AT LAW

# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251

| | |
|---|---|
| Invoice #: | 6099 |
| Date: | 07-04-2026 |
| Due On: | 07-04-2026 |

Hunter-Kelsey of Texas, LLC
7200 N. MoPac
Suite 120
Austin, TX 78731

Matter Number:HK/Eddie Lewis (H130616)
Matter Name:HK/Eddie Lewis (FNA VI)

Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06-08-26 | AH | w/s on letter agreement for plan objections | 0.20 | 150.00 | $30.00 |

Services Subtotal: $30.00

| | |
|---|---|
| Subtotal | $30.00 |
| Tax | $0.00 |
| Total | $30.00 |
| Payment | $0.00 |
| Balance Owing | $30.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $126.84 | + | $30.00 | - | $126.84 | = | **$30.00** |

Trust Account Balance $0.00

Please make all amounts payable to: Spector & Cox, PLLC
EIN: 26-4758440

Payments can be via credit card, debit card or ACH on our website www.spectorcox.com.

# INVOICE

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251

| | |
|---|---|
| Invoice #: | 6198 |
| Date: | 09-07-2026 |
| Due On: | 09-07-2026 |

Hunter-Kelsey of Texas, LLC
7200 N. MoPac
Suite 120
Austin, TX 78731

Matter Number:HK/Eddie Lewis (H130616)
Matter Name:HK/Eddie Lewis (FNA VI)

Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09-06-26 | AG | Review invoices, and claims on file (.2); draft application for reimbursement of fees and expenses (.7) | 0.90 | 145.00 | $130.50 |
| 09-07-26 | HMS | Review and finalize fee application and order | 0.40 | 460.00 | $184.00 |

Services Subtotal: $314.50

Expenses

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09-07-26 | AG | Copies | 30.00 | 0.20 | $6.00 |
| 09-07-26 | AG | Postage (1 ounce) | 6.00 | 0.78 | $4.68 |

Expenses Subtotal: $10.68

| | |
|---|---|
| Subtotal | $325.18 |
| Tax | $0.00 |
| Total | $325.18 |
| Payment | $0.00 |
| Balance Owing | $325.18 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $30.00 | + | $325.18 | - | $30.00 | = | **$325.18** |

Trust Account Balance $0.00

Please make all amounts payable to: Spector & Cox, PLLC
EIN: 26-4758440

Payments can be via credit card, debit card or ACH on our website www.spectorcox.com.