Howard Marc Spector
TBA#007 85023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR
HUNTER-KELSEY OF TEXAS, LLC AS
AGENT AND ATTORNEY IN FACT FOR FNA VI, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| | § | |
| **Debtor** | § | |

# FEE APPLICATION COVER SHEET

**Final Fee Application of:** Spector & Cox, PLLC

**Capacity:** Attorney for Creditor Hunter-Kelsey of Texas, LLC as agent for FNA VI, LLC

**Time Period:** 3/24/2026 through 9/7/2026

**Bankruptcy Petition Filed on:** February 3, 2026

**Date of Entry of Retention Order:** N/A

**Status of Case:** Pending

**Amount Requested: $ 1,503.00**

**Reductions: $0.00**

Fees: $ 1,470.00

Voluntary fee reductions:$0.00

Expenses: $ 33.00

Expense reductions: $0.00

Other: $0.00

Total Reductions: $0.00

**Total: $1,503.00**

**Hourly Rates Attorney/Accountant Paralegal/Clerical**

Highest Billed Rate: $460.00

Lowest Billed Rate: $145.00

Total Hours Billed: 4.7 hours

Blended Rate: N/A