**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 26-40536-MXM-13**

**EDDIE DEAN LEWIS**
6537 SPRING RIVER LN
FORT WORTH, TX 76180
SSN/TIN: XXX-XX-5351

**DEBTOR** **HEARING: NOVEMBER 19, 2026 AT 8:30 AM**

# TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

DEBTOR: Eddie Dean Lewis, 6537 Spring River Ln, Fort Worth, TX 76180
ATTORNEY: NORRED LAW PLLC, 515 E BORDER ST, ARLINGTON, TX 76010

CREDITORS:

Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, ***BAD ADDRESS***, Wichita, KS 67205-0000***

ALLIANCE ONE, PO BOX 3102, SOUTHEASTERN, PA 19398

ALMA FAYE LEWIS, 6537 SPRING RIVER LN, NORTH RICHLAND HILLS, TX 76180-0000

ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

Bellamy AND Schultz PLLC, PO Box 26128, Austin, TX 78755

BONDS ELLIS EPPICH SCHAFER JONES LLP, 420 THROCKMORTON ST STE 1000, FORT WORTH, TX 76102

Brackett AND Ellis, 100 Main St, Fort Worth, TX 76102

Bridgecrest, PO Box 2918, Phoenix, AZ 85062

Bridgecrest Credit Company LLC as Agent, AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118

Brown Campbell Co, 2825 W Kingsley Rd, Garland, TX 75041

Carvana LLC Bridgecrest, c o AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118

Carvana LLC Bridgecrest c/o AIS Portfolio Serv, PO Box 661384, Dalllas, TX 75266

Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, PO Box 661384, Dallas, TX 75266

City of Fort Worth, Stephen A. Cumbie, 100 Fort Worth Trail, Fort Worth, TX 76102-0000

City of Fort Worth, 200 Texas Street, Fort Worth, TX 76102

City of Fort Worth Water Department, PO Box 870, Fort Worth, TX 76101

Clayton Everett, 515 E Border St, Ste 163, 76010, Arlington, TX 76010

Credit Collection Services, 725 Canton St, Norwood, MA 02062

Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113

Dell Technologies, PO Box 650971, Dallas, TX 75265

DEPT OF JUSTICE - TAX DIVISION, 717 N HARWOOD STE 400, ***BAD ADDRESS***, DALLAS, TX 75201-0000***

DH Griffin of Texas Inc, 8690 Lambright Road, Houston, TX 77075

ENVISION PHYSICIAN SERVICES, PO BOX 99082, LAS VEGAS, NV 89193

Fastenal Company, Attn Legal, 2001 Theurer Blvd, Winona, MN 55987

FH Cann AND Associates Inc, PO Box 7, North Andover, MA 01845

FNA VI LLC, 7200 N Mopac Expy Suite 120, Austin, TX 78731

Frank W Neal AND Associates Inc, 1015 W Broadwat Ave #A, Fort Worth, TX 76104

Humana Medicare, PO Box 14268, Lexington, KY 40512

Hunter Kelsey of Texas LLC, 7200 N Mopac Expy, Suite 120, Austin, TX 78731

HUNTER-KELSEY OF TEXAS LLC, 12672 SILICON DR, STE 150, SAN ANTONIO, TX 78249-0000

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

Lewis Fab LLC, 101 Cromwell, Fort Worth, TX 76104

LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102

LGBS Dallas, 2777 N Stemmons Fwy Suite 1000, ***BAD ADDRESS***, Dallas, TX 75207***

CREDITORS: (cont'd.)

LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

Medical City Arlington, PO Box 740782, Cincinnati, OH 45274

Medical City North Hills, PO Box 292105, Nashville, TN 37229

Medicredit, PO Box 505600, Saint Louis, MO 63150

Npas Solutions, Po Box 7411717, Chicago, IL 60674

NTTA, PO Box 660244, Dallas, TX 75266

NTTA, 5900 W PLANO PKWY, ATTN: BANKRUPTCY/TERRI BROWN, PLANO, TX 75093-0000

Patrick Daniel Sherdian, 420 Throckmorton Street Suite 1000, Fort Worth, TX 76102

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

PRA RECEIVABLES MGMT, LLC, PO BOX 12914, NORFOLK, VA 23541-0000

PRA RECEIVABLES MGMT. LLC, PO BOX 41067, NORFOLK, VA 23541-0000

Progressive, c o Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413

QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083

QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083

Questcare Medical Services, PO Box 99082, Las Vegas, NV 89193

RESURGENT CAPITAL SERVICES, PO BOX 1927, GREENVILLE, SC 29602-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-000

RICK D BARNES TARRANT COUNTY TAX OFFICE, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196

Robert E Lapin, Lapin AND Landa LLP, 500 Jefferson Street, Suite 2000, Houston, TX 77002

SCIL Inc, 2312 E Trinity Mills Rd Ste 100, Carrollton, TX 75006

SCIL TEXAS LLC, PO BOX 931789, ATLANTA, GA 31193

Southwest Credit, 4120 International Pkwy Ste 1100, Carrollton, TX 75007

SPECTOR & COX PLLC, 12770 COIT RD STE 850, DALLAS, TX 75251-0000

Starvos AND Kelly PLLC, 3624 North Hills Drive, Suite B 100, Austin, TX 78731

TAYLORS RENTAL EQUIPMENT CO, ATTN PAYROLL DEPT, 220 UNIVERSITY DR, FORT WORTH, TX 76107-0000

TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS MEDICINE RESOURCES LLP, PO BOX 1123, MINNEAPOLIS, MN 55440-0000

TEXAS WORKFORCE COMMISSION, 101 E 15TH ST, RM 556, AUSTIN, TX 78778-0000

TRANSWORLD SYSTEMS, PO BOX 15630 DEPT 23, ***BAD ADDRESS***, WILMINGTON, DE 19850***

UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242

US DEPARTMENT OF JUSTICE, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

USMD HOSPITAL AT ARLINGTON, PO BOX 732156, DALLAS, TX 75373

***Address on record invalid for recipient -- no document mailed to this party.

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 26-40536-MXM-13**

**EDDIE DEAN LEWIS**
6537 SPRING RIVER LN
FORT WORTH, TX 76180
SSN/TIN: XXX-XX-5351

**DEBTOR** **HEARING: NOVEMBER 19, 2026 AT 8:30 AM**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

**I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 8 | AD ASTRA RECOVERY | UNSECURED | $1,751.00 |
| 9 | ALLIANCE ONE | UNSECURED | $753.50 |
| 11 | BROWN CAMPBELL CO | UNSECURED | $27,004.75 |
| 1 | CITY OF FORT WORTH | SECURED/NOT PROVIDED IN PLAN | $7,371.50 |
| 2 | CITY OF FORT WORTH | SECURED/NOT PROVIDED IN PLAN | $982.40 |
| 3 | CITY OF FORT WORTH | SECURED/NOT PROVIDED IN PLAN | $2,771.60 |
| 13 | CREDIT COLLECTION SERVICES | UNSECURED | $27.00 |
| 17 | DH GRIFFIN OF TEXAS INC | UNSECURED | $49,448.89 |
| 18 | ENVISION PHYSICIAN SERVICES | UNSECURED | $1,700.00 |
| 19 | FASTENAL COMPANY | UNSECURED | $547.00 |
| 20 | FRANK W NEAL AND ASSOCIATES INC | UNSECURED | $3,000.00 |
| 21 | HUMANA MEDICARE | UNSECURED | $432.00 |
| 25 | MEDICREDIT | UNSECURED | $1,075.00 |
| 26 | NPAS SOLUTIONS | UNSECURED | $0.00 |
| 28 | PROGRESSIVE | UNSECURED | $348.00 |

(cont'd.)

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 6 | RICK D BARNES TARRANT COUNTY TAX OFFICE | Secured No Cramdown E.(2)(B) - Pro Rat | $12,563.69 |
| 29 | SOUTHWEST CREDIT | UNSECURED | $0.00 |
| 30 | TAYLORS RENTAL EQUIPMENT CO | UNSECURED | $0.00 |
| 31 | USMD HOSPITAL AT ARLINGTON | UNSECURED | $450.00 |

## II. TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 17 | HUNTER-KELSEY OF TEXAS LLC | TAX LIEN/BPP/101 CROMWELL ST/07-12 | $27,026.01 | 17.99% | PER MO-TR |
| 10 | RICK D BARNES TARRANT COUNTY TAX | BPP/101 CROMWELL ST/14/21-22/24-26 | $75,428.65 | 12.00% | PRO RATA-TR |

| CLAIM# | PRIORITY | CLAIM | TREATMENT |
|---|---|---|---|
| 11 | INTERNAL REVENUE SERVICE | $22,800.89 | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 2 | CARVANA, LLC / BRIDGECREST | $8,948.03 | CAR LOAN |
| 8 | CITY OF FORT WORTH | $10,264.24 | SERVICES |
| 13 | LVNV FUNDING LLC | $1,215.55 | CREDIT ONE |
| 12 | LVNV FUNDING LLC | $1,367.66 | CREDIT ONE BANK |
| 15 | QUANTUM3 GROUP LLC | $1,257.80 | DELL PAY/COMENITY |
| 11 | INTERNAL REVENUE SERVICE | $24,562.25 | TAXES/17-18 |
| 5 | RESURGENT CAPITAL SERVICES | $620.00 | MEDICAL CENTER OF ARLINGTON |
| 3 | RESURGENT CAPITAL SERVICES | $975.00 | NORTH HILLS HOSPITAL |
| 14 | NTTA | $8,061.30 | GOVT TOLLS |
| 1 | SCIL TEXAS LLC | $1,751.55 | SPEEDY CASH |
| 11 | INTERNAL REVENUE SERVICE | $14,837.70 | PENALTY |
| 4 | RESURGENT CAPITAL SERVICES | $125.00 | NORTH HILLS HOSPITAL |
| 6 | RESURGENT CAPITAL SERVICES | $100.00 | NORTH HILLS HOSPITAL |
| 7 | CITY OF FORT WORTH | $1,129.12 | WATER SERVICES |
| 9 | CITY OF FORT WORTH | $510.38 | WATER SERVICES |
| 16 | PRA RECEIVABLES MGMT, LLC | $502.90 | CAPITAL ONE |
| 18 | TEXAS MEDICINE RESOURCES LLP | $1,624.00 | MEDICAL SERVICES |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 32 | ALMA FAYE LEWIS | CONTRACT ASSUMED | $0.00 | DIRECT-DR |

## III. PLAN MODIFICATION

**No Other Modification Needed**

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone