**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| | § | |
| **Debtor** | § | |

**CERTIFICATE OF NO OBJECTION**

The undersigned counsel hereby certifies that no objections, responses or requests for hearing have been timely filed with the Court or served upon the Movant with respect to that certain Application for Reimbursement of Fees and Expenses Pursuant to 11 USC § 506(b) and Federal Rule of Bankruptcy Procedure 2016(a) (the "Application" [Docket No. 47]) filed by Hunter-Kelsey of Texas, LLC as agent and attorney-in-fact for FNA VI, LLC in the above-captioned case, and further certifies that the notice period provided under Local Rule 9007-1(c) for the United States Bankruptcy Court for the Northern District of Texas with respect to the Application has expired.

Submitted on October 16, 2026

Respectfully submitted,

*/s/ Howard Marc Spector*
Howard Marc Spector
TBA# 00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
HUNTER-KELSEY OF TEXAS, LLC AS
AGENT FOR FNA VI, LLC