CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 20, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| **Debtor** | § | |

**ORDER GRANTING HUNTER-KELSEY OF TEXAS, LLC AS AGENT AND ATTORNEY-IN-FACT FOR FNA VI, LLC'S APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO 11 USC § 506(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(a)**

Came on to be considered Hunter-Kelsey of Texas, LLC as agent and Attorney-in-fact for FNA VI, LLC's ("Lender") Application for Reimbursement of Fees and Expenses Pursuant to 11 USC § 506(b) and Federal Rule of Bankruptcy Procedure 2016(a) (the "**Application**"). The Court finds that proper notice has been given as required by the applicable rules, that no objection has been filed, that the Application is well taken and should be granted, and that the fees and expenses requested in the Application are reasonable and should be awarded pursuant to 11 USC § 506(b). It is,

ORDERED that Lender is awarded fees and costs for the period March 24, 2026 through September 7, 2026 as follows:

| | |
|---|---|
| Fees: | $1,470.00 |
| Expenses: | $ 33.00 |
| Total: | $1,503.00 |

IT IS FURTHER ORDERED that unless the confirmed plan is modified to provide for the foregoing amounts, the Debtor shall pay such awarded amounts by making direct payments to Lender.

IT IF FURTHER ORDERED that Lender shall retain all its liens upon the property of the Debtor until such amounts are paid in full.

###End of Order###

Submitted by:

/s/ *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR HUNTER-KELSEY
OF TEXAS, LLC AS AGENT FOR
FNA VI, LLC