United States Bankruptcy Court
Northern District of Texas

In re:
Eddie Dean Lewis
Debtor

Case No. 26-40536-mxm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lewisfab@sbcglobal.net | Oct 31 2026 12:46:00 | Eddie Dean Lewis, 6537 Spring River Lane, Fort Worth, TX 76180-8057 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Debtor Eddie Dean Lewis clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Howard Marc Spector | on behalf of Creditor Hunter-Kelsey of Texas LLC as agent and attorney in fact for FNA VI, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com |
| Pam Bassel (Hurst) | |

| | |
|---|---|
| | fwch13cmecf@fwch13.com |
| Stephen Andrew Cumbie | on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 6

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 20, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eddie Dean Lewis** | § | **CASE NO. 26-40536** |
| | § | |
| **Debtor** | § | |

**ORDER GRANTING HUNTER-KELSEY OF TEXAS, LLC AS AGENT AND ATTORNEY-IN-FACT FOR FNA VI, LLC'S APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES PURSUANT TO 11 USC § 506(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(a)**

Came on to be considered Hunter-Kelsey of Texas, LLC as agent and Attorney-in-fact for FNA VI, LLC's ("Lender") Application for Reimbursement of Fees and Expenses Pursuant to 11 USC § 506(b) and Federal Rule of Bankruptcy Procedure 2016(a) (the "**Application**"). The Court finds that proper notice has been given as required by the applicable rules, that no objection has been filed, that the Application is well taken and should be granted, and that the fees and expenses requested in the Application are reasonable and should be awarded pursuant to 11 USC § 506(b). It is,

ORDERED that Lender is awarded fees and costs for the period March 24, 2026 through September 7, 2026 as follows:

| | |
|---|---|
| Fees: | $1,470.00 |
| Expenses: | $ 33.00 |
| Total: | $1,503.00 |

IT IS FURTHER ORDERED that unless the confirmed plan is modified to provide for the foregoing amounts, the Debtor shall pay such awarded amounts by making direct payments to Lender.

IT IF FURTHER ORDERED that Lender shall retain all its liens upon the property of the Debtor until such amounts are paid in full.

###End of Order###

Submitted by:

/s/ *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR HUNTER-KELSEY
OF TEXAS, LLC AS AGENT FOR
FNA VI, LLC