United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-40536-mxm
Eddie Dean Lewis Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Nov 20, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lewisfab@sbcglobal.net | Nov 20 2026 20:50:00 | Eddie Dean Lewis, 6537 Spring River Lane, Fort Worth, TX 76180-8057 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Debtor Eddie Dean Lewis clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Howard Marc Spector | on behalf of Creditor Hunter-Kelsey of Texas LLC as agent and attorney in fact for FNA VI, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com |
| Pam Bassel (Hurst) | |

| | |
|---|---|
| | fwch13cmecf@fwch13.com |
| Stephen Andrew Cumbie | on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 6

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 20, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 26-40536-MXM-13**

**EDDIE DEAN LEWIS**
AKA: DEAN LEWIS
6537 SPRING RIVER LN
FORT WORTH, TX 76180
SSN/TIN: XXX-XX-5351

**DEBTOR**

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)**

CAME ON for consideration the Trustee's Recommendation Concerning Claims and Plan Modification (If Required) ("TRCC"). The Court FINDS notice was appropriate under the circumstances. The Court is of the opinion that the TRCC should be APPROVED based on:

the Party's failure to file a timely response.

IT IS THEREFORE ORDERED that the TRCC is APPROVED with the following changes (if any):

None.

IT IS FURTHER ORDERED that the value of the collateral securing a claim, annual percentage rate ("APR"), and treatment of the claim as set out in Section I, Paragraphs D, E, F, and G of the confirmed Chapter 13 Plan and Motion for Valuation or on the Order Confirming Chapter 13 Plan shall be modified as follows:

| CREDITOR NAME | COMMENT | CLAIM AMOUNT | COLLATERAL VALUE | ANNUAL PERCENTAGE RATE | TREATMENT | MONTHS IN PLAN |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

### END OF ORDER ###